**ELECTRONIC RECORD**

868-15
869-15

COA #   11-13-00284-CR          OFFENSE:  OTHER CRIMINAL

STYLE:  **Marc Shawn Walden**
**v. The State of Texas**          COUNTY:  Brown

COA DISPOSITION:    AFFIRMED          TRIAL COURT:  35th District Court

DATE: 6/18/15          Publish: NO   TC CASE #:    CR21838

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  **Marc Shawn Walden v.**
**The State of Texas**          CCA #:   **PD-0868-15** ; **869-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:          _____

_____REFUSED_____          JUDGE:          _____

DATE: _10/14/2015_          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____